# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Neff, Janet T. | US District Court Western District of Michigan | 04/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge, Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

110 Michigan Street NW Suite 402
Grand Rapids, Michigan 49503

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | Michigan Judges Retirement System - Pension upon Retirement from Michigan Court of Appeals |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2018 | State of Michigan Pension | $90,865.00 |
| 2. | 2018 | JP Morgan Clearing Corp Retirement | $31,903.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2018 | State of Michigan Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank - Deposit Account | A | Int./Div. | L | T | | | | | |
| 2. | | | | | | | | | |
| 3. Abbott Laboratories - ABT | A | Dividend | | | Sold | 04/11/18 | J | A | |
| 4. Accenture PLC Ireland - ACN | A | Dividend | | | Sold | 12/10/18 | J | A | |
| 5. Adobe Systems Inc. ADBE | A | Dividend | | | Sold | 12/10/18 | J | B | |
| 6. Agilent Technologies Inc - A | A | Dividend | | | Sold | 11/02/18 | J | A | |
| 7. Allegion Public Limited - ALLE | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 8. Allergan PLC - AGN | A | Dividend | | | Sold | 12/04/18 | J | | |
| 9. Alphabet Inc. GOOGL | A | Dividend | | | Sold (part) | 1/1/18 | J | | |
| 10. | | | | | Sold | 12/12/18 | J | B | |
| 11. Alphabet Inc. - GOOG | A | Dividend | | | Sold (part) | 1/18/18 | J | | |
| 12. | | | | | Sold | 12/12/18 | J | B | |
| 13. Amazon.com Inc - AMZN | A | Dividend | | | Sold (part) | 1/18/18 | J | | |
| 14. | | | | | Sold | 12/12/18 | J | C | |
| 15. American Express Company - AXP | A | Dividend | | | Buy | 07/23/18 | J | | |
| 16. | | | | | Sold | 12/05/18 | J | | |
| 17. American International - AIG | A | Dividend | | | Sold | 10/24/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amerisourcebergen Corp - ABC | A | Dividend | | | Buy | 04/11/18 | J | | |
| 19. | | | | | Sold | 07/23/18 | J | | |
| 20. Amg Tr IV - APCTX | A | Dividend | | | Sold | 03/09/18 | J | | |
| 21. Amg Tr IV - APCZX | A | Dividend | | | Buy (add'l) | 12/04/18 | J | | |
| 22. | | | | | Sold (part) | 09/21/18 | J | | |
| 23. | | | | | Sold | 12/11/18 | K | | |
| 24. Anadarko Petroleum Corp - APC | A | Dividend | | | Sold | 2/26/18 | J | | |
| 25. Analog Devices Inc - ADI | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 26. Apple Inc - APPL | A | Dividend | | | Sold (part) | 01/18/18 | J | | |
| 27. | | | | | Sold | 12/12/18 | J | B | |
| 28. APTIV PLC - APTV | A | Dividend | | | Sold | 12/12/18 | J | | |
| 29. Automatic Data Processing - ADP | A | Dividend | | | Buy | 10/24/18 | J | | |
| 30. | | | | | Sold | 12/12/18 | J | | |
| 31. Bank of America Corp - BAC | A | Dividend | | | Sold | 12/12/18 | J | B | |
| 32. Bank New York Mellon Corp - BK | A | Dividend | | | Sold | 10/11/18 | J | A | |
| 33. Berkshire Hathaway Inc. - BRKB | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 34. Biogen Inc - BIIB - formerly Bioverativ Inc. - BIVV | A | Dividend | | | Sold | 12/10/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock INC - BLK | A | Dividend | | | Sold | 01/17/18 | J | A | |
| 36. Blackrock FDS - BRHYX | A | Dividend | | | Sold (part) | 02/02/18 | J | | |
| 37. | | | | | Sold | 02/16/18 | J | | |
| 38. Blackrock Index FDS Inc - BTMKX | A | Dividend | J | T | Sold (part) | 06/13/18 | J | | |
| 39. | | | | | Sold (part) | 7/12/18 | J | | |
| 40. | | | | | Sold (part) | 08/20/18 | J | | |
| 41. | | | | | Sold (part) | 12/04/18 | J | A | |
| 42. Boston Scientific Corp - BSX | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 43. Bristol Myers SQUIBB Co - BMY | A | Dividend | | | Sold | 12/12/18 | J | | |
| 44. Broadcom Ltd - AVGO - Formerly Avago Technologies | A | Dividend | | | Sold (part) | 01/16/18 | J | A | |
| 45. | | | | | Sold | 12/12/18 | J | A | |
| 46. Brown Advisory FDS - BAFHX | A | Dividend | J | T | Sold (part) | 06/13/18 | J | B | |
| 47. Capital One Financial Corp - COF | A | Dividend | | | Buy | 01/16/18 | J | | |
| 48. | | | | | Sold | 07/24/18 | J | | |
| 49. Causeway Cap Mgmt Tr - CIVIX | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 50. | | | | | Sold (part) | 12/11/18 | J | | |
| 51. Chubb - CB | A | Dividend | | | Sold | 12/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Celgene Corp - CELG | A | Dividend | | | Sold | 12/10/18 | J | | |
| 53. Charles Schwab Corp - SCHW | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 54. Charter Communications - CHTR | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 55. CIGNA Corp - CI | A | Dividend | | | Sold | 02/26/18 | J | | |
| 56. Citigroup Inc. - C | A | Dividend | | | Sold (part) | 01/18/18 | J | | |
| 57. | | | | | Sold | 12/12/18 | J | A | |
| 58. CMS Energy Corp - CMS | A | Dividend | | | Sold | 01/18/18 | K | A | |
| 59. Coca Cola - KO | A | Dividend | | | Buy | 04/19/18 | J | | |
| 60. | | | | | Sold | 12/22/18 | J | | |
| 61. Comcast Corp - CMCSA | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 62. Concho Resources Inc - CXO | A | Dividend | | | Sold | 05/24/18 | J | A | |
| 63. Delphi Technologies - DLPH | A | Dividend | | | Sold | 01/31/18 | J | | |
| 64. Delta Airlines, Inc. - DAL | A | Dividend | | | Sold | 12/12/18 | J | | |
| 65. Diamondback Energies - FANG | A | Dividend | | | Sold | 12/12/18 | J | | |
| 66. Dish Network Corp - DISH | A | Dividend | | | Sold | 07/23/18 | J | | |
| 67. Dodge & Cox Funds - DODFX | A | Dividend | J | T | Sold (part) | 09/21/18 | J | | |
| 68. | | | | | Sold (part) | 12/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dodge & Cox Income Fund - DODIX | A | Dividend | K | T | Sold (part) | 10/26/18 | J | | |
| 70. Dollar Tree Inc. - DLTR | A | Dividend | | | Sold | 12/12/18 | J | | |
| 71. Dow Dupont Inc - DWDP | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 72. Eastman Chemical Co - EMN | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 73. Electronic Arts, Inc. - EA | A | Dividend | | | Buy | 09/25/18 | J | | |
| 74. | | | | | Sold | 12/12/18 | J | | |
| 75. ELI Lilly & Co - LLY | A | Dividend | | | Sold | 12/18/18 | J | A | |
| 76. EOG Res Inc - EOG | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 77. Estee Lauder Co. - EL | A | Dividend | | | Buy | 08/28/18 | J | | |
| 78. | | | | | Sold | 10/29/18 | J | | |
| 79. EQT Corporation - EQT | A | Dividend | | | Sold | 08/02/18 | J | | |
| 80. Facebook Inc. - FB | A | Dividend | | | Sold | 12/12/18 | J | B | |
| 81. Federated Institutional - FIHLX | A | Dividend | J | T | Sold (part) | 02/16/18 | J | | |
| 82. Fidelity 500 Index Fund - FXAIX | A | Dividend | | | Buy | 02/12/18 | J | | |
| 83. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 84. | | | | | Sold | 10/26/18 | J | | |
| 85. Fidelity National - FIS | A | Dividend | | | Sold | 12/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Salem STR TR - FXAIX | B | Dividend | M | T | Buy | 12/4/18 | J | | |
| 87. | | | | | Buy (add'l) | 12/11/18 | K | | |
| 88. Garrett Motion Inc. - GTX | A | Dividend | | | Spinoff (from line 95) | 10/01/18 | J | | |
| 89. | | | | | Sold | 10/04/18 | J | | |
| 90. General Dynamics Corp - GD | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 91. Gilead Sciences Inc - GILD | A | Dividend | | | Sold | 12/12/18 | J | | |
| 92. Goldman Sachs Group Inc - GS | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 93. Hartford Financial - HIG | A | Dividend | | | Sold | 10/22/18 | J | | |
| 94. Home Depot Inc - HD | A | Dividend | | | Sold | 12/12/18 | J | B | |
| 95. Honeywell Intl Inc - HON | A | Dividend | | | Sold (part) | 01/18/18 | J | | |
| 96. | | | | | Sold | 12/12/18 | J | B | |
| 97. Ingersoll Rand PLC - IR | A | Dividend | | | Sold | 05/18/18 | J | | |
| 98. Intercontinental Exchange - ICE | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 99. International Business - IBM | A | Dividend | | | Sold | 05/18/18 | J | | |
| 100. Ishares Inc - EWJ | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 101. | | | | | Sold | 12/05/18 | K | | |
| 102. Ishares Tips Bond ETF - TIP | A | Dividend | J | T | Buy | 02/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/05/18 | J | | |
| 104. John Hancock FDS II - JIPRX | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 105. | | | | | Sold (part) | 12/18/18 | J | | |
| 106. John Hancock Income Fund-JSNWX formerly John Hancock Income Fund JSTIX | A | Dividend | J | T | Sold (part) | 12/18/18 | J | | |
| 107. JP Morgan Exchange/Beat Builders Bank Central Asia- BBCA | A | Dividend | J | T | Buy | 8/21/18 | J | | |
| 108. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 109. | | | | | Sold (part) | 12/10/18 | J | | |
| 110. JP Morgan Exchange/Beta Builders Develop - BBAX | A | Dividend | J | T | Buy | 8/21/18 | J | | |
| 111. JP Morgan Exchange/Beta Builders Europe - BBEU | A | Dividend | J | T | Buy | 08/21/18 | K | | |
| 112. JP Morgan Exchange/Beta Builders Japan - BBJP | A | Dividend | K | T | Buy | 07/13/18 | J | | |
| 113. | | | | | Buy (add'l) | 12/05/18 | K | | |
| 114. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 115. JP Morgan Core Bond Fund - JCBUX | B | Dividend | L | T | Buy (add'l) | 01/17/18 | J | | |
| 116. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 117. | | | | | Sold (part) | 10/26/18 | J | | |
| 118. | | | | | Buy (add'l) | 12/11/18 | K | | |
| 119. JP Morgan US Government - QVESQ | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Keycorp New - KEY | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 121. Kraft Heinz Company - KHC | A | Dividend | | | Sold | 01/17/18 | J | | |
| 122. Lord Abbett Invt Tr - LOLDX | A | Dividend | | | Sold | 03/16/18 | J | | |
| 123. Lowes Companies Inc - LOW | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 124. Marathon Pete Corp - MPC | A | Dividend | | | Buy | 03/13/18 | J | | |
| 125. | | | | | Sold | 12/12/18 | J | | |
| 126. Martin Marietta - MLM | A | Dividend | | | Sold | 04/13/18 | J | A | |
| 127. Masco Corp - MAS | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 128. Mastercard Incorporated - MA | A | Dividend | | | Sold (part) | 01/18/18 | J | | |
| 129. | | | | | Sold | 12/12/18 | J | B | |
| 130. Medtronic PLC Com - MDT | A | Dividend | | | Buy | 04/11/18 | J | | |
| 131. | | | | | Sold | 12/12/18 | J | | |
| 132. Merck & Co Inc - MRK | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 133. Metlife Inc - MET | A | Dividend | | | Sold | 02/26/18 | J | | |
| 134. MFS Ser TR X - MEDHX | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 135. MFS Ser TR I - MRSKX | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 136. Microchip Technology Inc - MCHP | A | Dividend | | | Sold | 09/19/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Microsoft Corp - MSFT | A | Dividend | | | Sold (part) | 01/18/18 | J | | |
| 138. | | | | | Sold | 12/12/18 | J | D | |
| 139. Molson Coors Brewing Co - TAP | A | Dividend | | | Sold | 04/23/18 | J | | |
| 140. Mondelez International - MDLZ | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 141. Morgan Stanley - MS | A | Dividend | | | Sold (part) | 01/18/18 | J | | |
| 142. | | | | | Sold | 12/12/18 | J | A | |
| 143. NetFlix Com, Inc. - NFLX | A | Dividend | | | Buy | 09/17/18 | J | | |
| 144. | | | | | Sold | 12/12/18 | J | | |
| 145. Nextera Energy Inc - NEE | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 146. Nike - NKE | A | Dividend | | | Sold | 08/29/18 | J | | |
| 147. Nisource Inc - NI | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 148. Norfolk Southern Corp - NSC | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 149. Northrop Grumman Corp - NOC | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 150. NVIDIA Corp - NVDA | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 151. Occidental Pete Corp - OXY | A | Dividend | | | Sold (part) | 12/05/18 | J | | |
| 152. | | | | | Sold | 12/12/18 | J | | |
| 153. O Reilly Automotive Inc - ORLY | A | Dividend | | | Sold | 12/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Oracle Corp - ORCL | A | Dividend | | | Buy | 02/26/18 | J | | |
| 155. | | | | | Sold | 10/12/18 | J | | |
| 156. Parker Hannifin - PH | A | Dividend | | | Buy | 01/16/18 | J | | |
| 157. | | | | | Sold | 12/12/18 | J | | |
| 158. Parsley Energy Inc. - PE | A | Dividend | | | Buy | 05/24/18 | J | | |
| 159. | | | | | Sold | 12/10/18 | J | | |
| 160. PayPal Holdings - PYPL | A | Dividend | | | Buy | 01/31/18 | J | | |
| 161. | | | | | Sold | 12/12/18 | J | | |
| 162. Pepsico Inc - PEP | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 163. Pfizer Inc - PFE | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 164. Philip Morris - PM | A | Dividend | | | Sold | 12/12/18 | J | | |
| 165. Pioneer Natural Resources - PXD | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 166. PIMCO FDS Pac Invt Mgmt - PIGIX | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |
| 167. PIMCO Short Term Fund - PTSHX | A | Dividend | | | Buy | 02/16/18 | J | | |
| 168. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 169. | | | | | Sold | 12/11/18 | J | | |
| 170. PIMCO Total Return Fund - PTTRX | A | Dividend | K | T | Sold (part) | 10/25/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PVH Corp - PVH | A | Dividend | | | Buy | 02/07/18 | J | | |
| 172. | | | | | Sold | 12/12/18 | J | | |
| 173. Resideo Technologies - REZI | A | Dividend | | | Spinoff (from line 95) | 10/29/18 | J | | |
| 174. | | | | | Sold | 11/01/18 | J | | |
| 175. SalesForce.Com Inc. - CRM | A | Dividend | | | Buy | 04/19/18 | J | | |
| 176. | | | | | Sold | 12/12/18 | J | | |
| 177. Six Circles Tr - CIUEX | A | Dividend | K | T | Buy | 12/11/18 | K | | |
| 178. Six Circles Tr - CUSDX | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 179. Six Circles Tr - CUSUX | A | Dividend | K | T | Buy | 12/11/18 | K | | |
| 180. SPDR S&P 500 ETF Trust - SPY | A | Dividend | | | Sold (part) | 09/24/18 | J | | |
| 181. | | | | | Sold (part) | 10/29/18 | J | | |
| 182. | | | | | Sold | 12/05/18 | L | E | |
| 183. Stanley Black & Decker - SWK | A | Dividend | | | Sold | 12/05/18 | J | A | |
| 184. SVB Financial Group - SIVB | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 185. Texas Instruments - TXN | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 186. TJX Companies Inc New - TJX | A | Dividend | | | Sold | 01/31/18 | J | A | |
| 187. T Rowe Price Int'l Fds - PRXIX | A | Dividend | | | Sold (part) | 02/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/10/18 | J | | |
| 189.  T Rowe Price New Income - PRXEX | B | Dividend | L | T | Buy (add'l) | 01/17/18 | J | | |
| 190. | | | | | Sold (part) | 10/26/18 | J | | |
| 191. | | | | | Buy (add'l) | 12/11/18 | K | | |
| 192.  Twenty First Century Fox - FOXA | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 193.  Union Pacific Corp - UNP | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 194.  United Technologies Corp - UTX | A | Dividend | | | Sold | 12/12/18 | J | | |
| 195.  United Health Group Inc - UNH | A | Dividend | | | Sold (part) | 01/18/18 | J | | |
| 196. | | | | | Sold | 12/12/18 | J | C | |
| 197.  Vanguard Bond Index FD - VBTLX | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 198. | | | | | Sold (part) | 12/04/18 | J | | |
| 199. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 200.  Vanguard Index Tr - VFIAX | B | Dividend | L | T | Buy (add'l) | 01/17/18 | K | | |
| 201. | | | | | Sold (part) | 08/20/18 | J | | |
| 202. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 203. | | | | | Sold (part) | 10/26/18 | J | | |
| 204.  Vanguard Fixed Income - VFIDX | A | Dividend | J | T | Buy (add'l) | 12/04/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 12/11/18 | J | | |
| 206. Vanguard Charlotte Fd - VTABX | B | Dividend | L | T | Sold (part) | 10/26/18 | K | | |
| 207. Vanguard Short Term Bond - VBIRX | A | Dividend | | | Sold (part) | 01/17/18 | J | | |
| 208. | | | | | Sold (part) | 02/02/18 | J | | |
| 209. | | | | | Sold | 02/12/18 | J | | |
| 210. Vanguard Short Term Bond - BSV | A | Dividend | J | T | Buy | 06/14/18 | J | | |
| 211. | | | | | Sold (part) | 10/19/18 | J | | |
| 212. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 213. Vanguard Total Int'l Bond - BNDX | B | Dividend | K | T | Buy | 01/18/18 | J | | |
| 214. | | | | | Sold (part) | 10/09/18 | J | | |
| 215. | | | | | Buy (add'l) | 12/12/18 | K | | |
| 216. Vertex Pharmaceuticals - VRTX | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 217. Visa Inc - V | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 218. Walgreen Boots Alliance - WBA | A | Dividend | | | Sold | 01/18/18 | J | | |
| 219. Walt Disney Co - DIS | A | Dividend | | | Sold (part) | 01/16/18 | J | | |
| 220. | | | | | Sold | 12/12/18 | J | A | |
| 221. Waste Connections Inc. - WCN | A | Dividend | | | Sold | 12/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Wells Fargo & Co - WFC | A | Dividend | | | Sold (part) | 01/18/18 | J | | |
| 223. | | | | | Sold | 12/12/18 | J | A | |
| 224. Wex Inc - WEX | A | Dividend | | | Sold | 12/10/18 | J | A | |
| 225. Workday Inc - WDAY | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 226. Worldpay Inc. - WP - formerly Vantiv - VNTV | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 227. Yum Brands Inc - YUM | A | Dividend | | | Buy | 11/30/18 | J | | |
| 228. | | | | | Sold | 12/12/18 | J | | |
| 229. Zimmer Biomet Holdings | A | Dividend | | | Sold | 12/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neff, Janet T. | 04/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Line 34: Biogen, Inc. - BIIB, formerly Bioverativ BIVV (line #24, 2017 Report)

Part VII: Line 106: John Hancock Income Fund - JSNWX, formerly John Hancock Income Fund JSTIX (line #84, 2017 Report)

Part VII: Line 226: Worldpay - WP, formerly Vantiv VNTV (line #154, 2017 Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janet T. Neff**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544